STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
RICHARD J. ROWE, DEFENDANT-APPELLANT.

Argued November 1, 1977—Decided February 3, 1878.

*Mr. James Irving Peck, IV,* Assistant Deputy Public Defender, argued the cause for appellant (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

*Ms. Ileana N. Saros,* Deputy Attorney General, argued the cause for respondent (*Mr. William F. Hyland,* Attorney General of New Jersey, attorney).

PER CURIAM.

The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division.

*For affirmance*—Chief Justice HUGHES and Justices SULLIVAN, PASHMAN, CLIFFORD, SCHREIBER and HANDLER—6.

*For reversed*—None.